[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 543.]

THE STATE EX REL. MCCULLOUGH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McCullough v. Indus. Comm.*, 1998-Ohio-9.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 98-536—Submitted September 15, 1998—Decided November 10, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD01-22.

_____

*Raymond J. Tisone & Associates Co., L.P.A.*, and *Raymond J. Tisone*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Steven K. Aronoff,* Assistant Attorney General, for appellee Industrial Commission.

*Duvin, Cahn & Hutton* and *Christine C. Covey*, for appellee Ohio Turnpike Commission.

_____

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

_____